

# Fourth Court of Appeals
## San Antonio, Texas

August 1, 2016

No. 04-16-00081-CR

Ricardo **MARTINEZ**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6697
Honorable Jefferson Moore, Judge Presiding

## O R D E R

Appellant's counsel, Richard Langlois's motion for leave to withdraw and to substitute counsel is granted. The appellate record shall reflect appellant's counsel to be Patrick Montgomery, SBN: 1429530, 111 Soledad Ste. 300, San Antonio, TX 78205.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of August, 2016.

_____
Keith E. Hottle
Clerk of Court